PROB 12C( 7/93)

# UNITED STATES DISTRICT COURT

United States District Court
Southern District of Texas
FILED

for

DEC 03 2018

## WESTERN DISTRICT OF TEXAS

Clerk of Court

## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Eduardo Antonio-Dominguez

**Case Number:** EP-18-M-3558(1)LS   M-18-2463

**Name of Sentencing Judicial Officer:** Leon Schydlower, U.S. Magistrate Judge

**Date of Original Sentence:** May 22, 2018

**Original Offense:** Improper Entry By An Alien, in violation of 8 U.S.C. § 1325(a)(1)

**Original Sentence:** One (1) year probation, nonreporting and unsupervised

**Type of Supervision:** Probation nonreporting and unsupervised

**Date Supervision Commenced:** May 22, 2018

**Assistant U.S. Attorney:** Nathan Brown          **Defense Attorney:** Norma Angelica Islas

## PETITIONING THE COURT

[X]   To issue a warrant

[ ]   To issue a summons

The probation officer believes that the offender has violated the following conditions of supervision:

**Violation Number 1:** The defendant is not permitted to commit another federal, state or local crime, nor is the defendant permitted to legally reenter the United States during the term of probation.

> **Nature of Noncompliance:** According to a Criminal Complaint, on November 21, 2018, Eduardo Angonio-Dominguez was encountered by U.S. Border Patrol Agents near the Penitas, Texas Port of Entry. Agents verified Antonio-Dominguez was in the United States after having been previously arrested and deported, removed, excluded or denied admission from the United States, subsequent to a prior conviction for Improper Entry By An Alien (Class B Misdemeanor), in violation of 8 U.S.C. §1325(a)(1), under Dkt. No. EP-18-M-18-3558(1)LS. Further, Antonio-Dominguez had not received the consent of the Attorney General of the United States or the Secretary of Homeland Security to reapply for admission into the United States. Therefore, based on available information, Antonio-Dominguez entered the United States illegally. On November 23, 2018, a Plea and Sentence hearing was held in the Southern District Texas, Mc Allen Division, before U.S. Magistrate Judge Peter E. Ormsby. Dominguez-Eduardo pled guilty and was sentenced on that same date for the offense of Illegal Entry, in violation of 8 U.S.C. § 1325(a)(1) and sentenced to ten (10) days custody, credit for time served and a Special Assessment Fee of $10. Antonio-Dominguez is currently being detained in Mc Allen, Texas.

Eduardo Antonio-Dominguez
Docket No. EP-18-M-3558(1)LS
Petition for Warrant or Summons for Offender Under Supervision
Page 2

## U.S. Probation Officer Recommendation:

The term of supervision should be

        [X] revoked.

        [ ] extended for _____ years, for a total term of _____ years.

        [ ] the conditions of supervision should be modified as follows:

Respectfully submitted,                            Approved by,

Betty Tellez-Hernandez                Enrique Lopez, Jr.
U.S. Probation Officer                  Supervising U.S. Probation Officer
Office (915) 585-35513                Office (915) 585-6554
Cellular (915) 861-8875               Cellular (915) 861-8982
Date: November 29, 2018

## THE COURT ORDERS:

[ ]    No action.

[L]    The issuance of a warrant.

[ ]    The issuance of a summons.

[ ]    Other

Leon Schydlower, U.S. Magistrate Judge

11/30/18
Date